**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **GWD Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  American Overhead Door** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2335287** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> **4336 N. Nevada Avenue** <br> **Colorado Springs, CO 80907** <br> Number, Street, City, State & ZIP Code <br><br> **El Paso** <br> County | **Mailing address, if different from principal place of business** <br><br> <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://wedogaragedoors.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **GWD Inc.**
_____   Case number (*if known*) _____
         Name

**7.** | **Describe debtor's business** | A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list. | ☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **GWD Inc.** _____ Case number (*if known*) _____
　　　　　Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

| **Statistical and administrative information** |
|---|

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **GWD Inc.**        Case number (*if known*) _____

Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **GWD Inc.** _____    Case number (*if known*) _____
     Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 14, 2023**
           MM / DD / YYYY

**X** **/s/ Gary Dejong** _____      **Gary Dejong** _____
    Signature of authorized representative of debtor      Printed name

Title    **President** _____

**18. Signature of attorney**

**X** **/s/ Jonathan M. Dickey** _____    Date **September 14, 2023** _____
    Signature of attorney for debtor               MM / DD / YYYY

**Jonathan M. Dickey** _____
Printed name

**Kutner Brinen Dickey Riley PC** _____
Firm name

**1660 Lincoln Street, Suite 1720**
**Denver, CO 80264** _____
Number, Street, City, State & ZIP Code

Contact phone   **303-832-2400** _____    Email address   **jmd@kutnerlaw.com** _____

**46981 CO** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **GWD Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 14, 2023**      *X* **/s/ Gary Dejong**
                                           Signature of individual signing on behalf of debtor

                                            **Gary Dejong**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **GWD Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................ $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................................................... $ **748,024.99**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................................... $ **748,024.99**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ **1,172,047.48**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **113,316.87**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ **1,804,210.62**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b                                                                   $ **3,089,574.97**

**Fill in this information to identify the case:**

Debtor name **GWD Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Ent Checking** | | | $0.00 |
| 3.2. | **Ent Savings** | | | $173.83 |
| 3.3. | **Integrity** | | | $3,048.75 |
| 3.4. | **Vectra** | | 1684 | $6,189.17 |
| 3.5. | **Vectra Savings** | | | $85.03 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $9,496.78 |
   |---|

**Part 2:      Deposits and Prepayments**

| Debtor | **GWD Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| 11a. 90 days old or less: | **450,238.21** | - | **0.00** | = .... | **$450,238.21** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $450,238.21 |
|---|---|

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

Debtor   **GWD Inc.**
Name            Case number *(If known)*

| | | | |
|---|---|---|---|
| 47.1. | **2009 Ford F250** | $0.00 | $3,800.00 |
| 47.2. | **2001 Ford F150** | $0.00 KBB | $2,000.00 |
| 47.3. | **2015 Chevy Silverado** | $0.00 KBB | $10,000.00 |
| 47.4. | **2004 Ford F150** | $0.00 KBB | $1,000.00 |
| 47.5. | **2004 Chevy Silverado 2500** | $0.00 KBB | $1,500.00 |
| 47.6. | **2017 Chevy Silverado 3500HD** | $0.00 KBB | $15,000.00 |
| 47.7. | **2021 Chevy Silverado 4DR** | $0.00 KBB | $21,000.00 |
| 47.8. | **2014 Chevy Silverado 2500HD (transmission is blown - vehicle is currently inoperable)** | $0.00 KBB | $5,590.00 |
| 47.9. | **2023 Land Rover Defender** | $0.00 KBB | $77,000.00 |
| 47.10. | **2003 Chevy 1500** | $0.00 KBB | $2,000.00 |
| 47.11. | **2018 Nissan Titan** | $0.00 KBB | $7,000.00 |
| 47.12. | **2015 Chevy Colorado** | $0.00 KBB | $4,000.00 |
| 47.13. | **2001 GMC Yukon XL** | $0.00 KBB | $4,000.00 |
| 47.14. | **2022 Chevy Silverado** | $0.00 KBB | $15,000.00 |
| 47.15. | **2002 GMC Sierra - being scrapped** | $0.00 | $0.00 |
| 47.16. | **2019 Mercedes C** | $0.00 KBB | $30,000.00 |
| 47.17. | **2015 Chevy Silverado** | $0.00 KBB | $15,000.00 |
| 47.18. | **2019 Mercedes Sprinter** | $0.00 KBB | $19,000.00 |

| Debtor | **GWD Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 47.19. | **2011 Dodge 2500 - being scrapped** | $0.00 | | $0.00 |
| 47.20. | **2010 Chevy Silverado** | $0.00 | KBB | $3,500.00 |
| 47.21. | **2000 Ford F250** | $0.00 | KBB | $1,800.00 |
| 47.22. | **2004 Ford F150** | $0.00 | KBB | $1,000.00 |
| 47.23. | **2005 Ford F150** | $0.00 | KBB | $1,000.00 |
| 47.24. | **2012 Ford F350** | $0.00 | KBB | $2,000.00 |
| 47.25. | **2004 GMC Sierra** | $0.00 | KBB | $1,500.00 |
| 47.26. | **2021 Chevy Silverado 4DR** | $0.00 | KBB | $21,000.00 |
| 47.27. | **2014 Ford F250** | $0.00 | KBB | $1,500.00 |
| 47.28. | **2022 Chevy Silverado** | $0.00 | KBB | $15,000.00 |
| 47.29. | **1999 Chevy 3500HD** | $0.00 | | Unknown |
| 47.30. | **2005 Chevy Silverado** | $0.00 | | Unknown |
| 47.31. | **2005 Ford Expedition** | $0.00 | | Unknown |
| 47.32. | **Flatbed trailer** | $0.00 | | $1,000.00 |
| 47.33. | **Flatbed trailer - being scrapped** | $0.00 | | $0.00 |
| 47.34. | **2007 BTLT trailer** | $0.00 | | $1,000.00 |
| 47.35. | **1987 TRL trailer** | $0.00 | | $100.00 |

Debtor    **GWD Inc.**                                    Case number *(If known)* _____
          Name

| 47.36. | **1990 HDME Trailer** | | $0.00 | | $1,000.00 |
|---|---|---|---|---|---|
| 47.37. | **1989 Trailer** | | $0.00 | | $1,000.00 |
| 47.38. | **2007 PAIU Utility trailer** | | $0.00 | | $1,000.00 |
| 47.39. | **2003 HHTC trailer** | | $0.00 | | $1,000.00 |
| 47.40. | **Silt Trailer** | | $0.00 | | $1,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       **Clark C25L**                               $0.00                          $0.00

51.    **Total of Part 8.**                                              | $288,290.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **GWD Inc.**
          Name

Case number *(If known)*

Debtor   **GWD Inc.**
         Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,496.78 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $450,238.21 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $288,290.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $748,024.99 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $748,024.99 |

| Customer | Bill to | Primary Contact | Main Phone | Fax | Balance Total |
|---|---|---|---|---|---|
| Adesa Auto 2618178 | Adesa Auto 10680 Charter Oak Ranch Road Fountain, CO 80817 USA | | (719) 491-3669 | | 427.17 |
| Aime Management 44556044 | Aime Management 1900 East Pikes Peak Avenue Colorado Springs, CO 80909 USA | | (719) 646-7056 | | 350.00 |
| America 2000 57831695 | America 2000 724 South Tejon Street Colorado Springs, CO 80903 USA | | (719) 634-9822 | | 210.00 |
| Armon, Hanglan 56314380 | Armon, Hanglan 1606 Vasquez Circle Colorado Springs, CO 80915 USA | | (580) 699-9495 | | 87.50 |
| Artemis At Spring Canyon 22090208 | Artemis At Spring Canyon 4510 Spring Canyon Heights Garage 78 Colorado Springs, CO 80907 USA | | (719) 522-9324 | | 690.23 |
| Ascent c/o Griffis Blessing 42964613 | Ascent c/o Griffis Blessing 102 Cascade Court Colorado Springs, CO 80907 USA | | (719) 520-1234 | | 472.50 |
| Aspen View Homes 35749015 | Aspen View Homes 555 Middle Creek Parkway 500 Colorado Springs, CO 80921 USA | | (719) 246-9200 | | 1,475.49 |
| Associa Colorado Association 7351333 | Associa Colorado Association 5225 North Academy Boulevard 200 200 Colorado Springs, CO 80918 USA | | (719) 219-7669 | | 210.00 |
| Aught Six Ranch 56538042 | Aught Six Ranch 33000 Colorado 69 Gardner, CO 81040 USA | | (719) 746-0174 | | 570.00 |
| Baer, David 26097293 | Baer, David 19633 Lindenmere Drive Monument, CO 80132 USA | | (253) 259-9269 | | 1,451.00 |
| Baird, Hillary 56661024 | Baird, Hillary 29942 Teal Run Buena Vista, CO 81211 USA | | (719) 649-8495 | | 314.46 |
| Battery Systems 2617086 | Battery Systems 802 Nichols Blvd Colorado Springs, CO 80907 USA | | (719) 396-5705 | | 525.78 |
| Beacon Building Products 46304906 | Beacon Building Products 3170 North Century Street Colorado Springs, CO 80907 USA | | (719) 246-1217 | | 110.00 |
| Block 7 Developement 29465612 | Block 7 Developement 5420 Greenhorn Circle Salida, CO 81201 USA | | (719) 530-1276 | | 3,129.00 |
| Blue Sky Condos 55219338 | Blue Sky Condos 42 Snowflake Drive Breckenridge, CO 80424 USA | | (970) 445-0693 | | 210.00 |
| Bono, Bill 57536258 | Bono, Bill 7180 McCoy Street Salida, CO 81201 USA | | (719) 221-3805 | | 326.02 |
| Shea Homes 38336652 | Shea Homes 11264 Star Streak Lane Littleton, CO 80125 USA | | (720) 348-3330 | | 74,461.01 |
| Meritage Homes 13139314 | Meritage Homes 8400 East Crescent Parkway STE 600 Greenwood Village, CO 80111 USA | | (303) 406-4301 | | 36,442.80 |
| Creekstone Homes 2611809 | Creekstone Homes 3472 Research Parkway Ste 104 PMB 481 Colorado Springs, CO 80920 USA | | (703) 489-2847 | | 33,705.14 |
| Homebound Homes 44327440 | Homebound Homes 1 Letterman Drive c 3500 San Francisco, CA 94129 USA | | (707) 244-1101 | | 32,380.73 |
| Milender White 21987673 | Milender White 330 Adams Avenue Silverthorne, CO 80498 USA | | (720) 582-9292 | | 26,061.07 |
| Thrive Home Builders 30369809 | Thrive Home Builders 1875 Lawrence Street 900 Denver, CO 80202 USA | | (303) 707-4435 | | 25,586.09 |
| Pinnacle Peak Homes 7296792 | Pinnacle Peak Homes 1713 Park St. Castle Rock, CO 80104 USA | | (720) 500-7663 | | 12,290.19 |
| Gach, Eva 49163030 | Gach, Eva 1475 Golden Eagle Road Silverthorne, CO 80498 USA | | (970) 368-0599 | | 11,806.50 |
| Riverwood Homes of Colorado, Inc. 2613075 | Riverwood Homes of Colorado, Inc. 1480 Lone Scout Lookout Monument, CO 80132 USA | | (719) 481-9392 | | 10,610.92 |
| Red House Architecture 34439306 | Red House Architecture 815 Blake Avenue Glenwood Springs, CO 81601 USA | | (970) 945-8240 | | 8,784.00 |
| Cooper, Bryan 26592150 | Cooper, Bryan 430 Forge Road Caon City, CO 81212 USA | | (719) 671-7394 | | 8,050.00 |
| Residences at Falcon North 40129193 | Residences at Falcon North 11766 Wilshire Boulevard #15th Floor Los Angeles, CA 90025 USA | | (719) 650-2677 | | 6,194.00 |
| McNeill, Evin 43942182 | McNeill, Evin PO Box 2501 Silverthorne, CO 80498 USA | | (970) 485-2282 | | 5,901.00 |
| Delarue Building 26439696 | Delarue Building 214 Jones Avenue b Salida, CO 81201 USA | | (719) 207-3998 | | 5,746.00 |
| Frye, Brian 45514892 | Frye, Brian 230 Pinon Lake Drive Divide, CO 80814 USA | | (719) 649-5236 | | 5,685.00 |
| Defurio Homes 2618258 | Defurio Homes 13501 US Highway 285 Salida, CO 81201 USA | | (719) 395-1165 | | 5,262.00 |
| Timberlake, Mark 36493707 | Timberlake, Mark PO Box 5657 Frisco, CO 80443 USA | | (573) 881-5684 | | 5,254.50 |
| IICon Construction 2616650 | IICon Construction 76 South Sierra Madre Street 230 Colorado Springs, CO 80903 USA | | (719) 623-7374 | | 4,921.50 |
| Murray, Eddie 41224586 | Murray, Eddie PO Box 551 New Castle, CO 81647 USA | | (970) 948-1429 | | 4,772.25 |
| Heart of the Rockies Regional 12531697 | Heart of the Rockies Regional 1000 Rush Drive Salida, CO 81201 USA | | (719) 530-2374 | | 4,000.00 |
| Mantila, Mark 45356300 | Mantila, Mark 9502 Roe Circle Franktown, CO 80116 USA | | (760) 801-2783 | | 3,991.50 |
| Wakeham, Steve 44845195 | Wakeham, Steve 10555 South State Highway 83 Franktown, CO 80116 USA | | (303) 803-7326 | | 3,987.50 |
| Wickberg, Art 30670346 | Wickberg, Art 3085 Fuller Road Colorado Springs, CO 80920 USA | | (719) 323-8340 | | 3,885.00 |
| Town @ Northgate Apartments 50720269 | Town @ Northgate Apartments 1203 Affirmed View Colorado Springs, CO 80921 USA | | (720) 660-0233 | | 3,574.32 |
| Larochell, David 30880522 | Larochell, David PO Box 691 Salida, CO 81201 USA | | (402) 301-5816 | | 3,470.40 |
| Vanguard Homes 12272627 | Vanguard Homes 7025 Tall Oak Dr 210 Colorado Springs, CO 80919 USA | | (719) 487-8957 | | 3,444.48 |
| Gregoire Homes 32107813 | Gregoire Homes 3255 El Pomar Road Colorado Springs, CO 80906 USA | | (719) 491-7444 | | 3,204.96 |
| Lux, Terri J 12203745 | Lux, Terri J 100 Marland Road South Colorado Springs, CO 80906 USA | | (719) 520-1005 | | 3,201.42 |
| Cottonwood Master HOA c/o Divers 32639370 | Cottonwood Master HOA c/o Diversified 4325 North Nevada Avenue 100 Colorado Springs, CO 80907 USA | | (719) 578-9111 | | 2,757.04 |
| Garcia, Steve 2 2619737 | Garcia, Steve 2 2625 Himalaya Court Colorado Springs, CO 80919 USA | | (719) 360-1320 | | 2,707.50 |
| Geocivil Construction, LLC 7544877 | Geocivil Construction, LLC PO Box 104 Jefferson, CO 80456 USA | | (303) 990-0929 | | 2,645.50 |
| JD Builders 37596836 | JD Builders 2545 Fairview Heights Court Rifle, CO 81650 USA | | (970) 250-1809 | | 2,573.25 |
| Ohle, Ernie 32971402 | Ohle, Ernie 6960 Mikado Lane Colorado Springs, CO 80919 USA | | (719) 237-5628 | | 2,500.00 |
| Sangre Custom Builders 38643082 | Sangre Custom Builders 6363 County Road 255 Westcliffe, CO 81252 USA | | (719) 464-4494 | | 2,456.50 |
| Garden of Gods Trading 5814238 | Garden of Gods Trading 324 Beckers Lane Manitou Springs, CO 80829 USA | | (719) 339-4522 | | 2,400.00 |
| Pavlich, Mike 38990475 | Pavlich, Mike 9512 Eldora Court Arvada, CO 80007 USA | | (303) 949-4075 | | 2,310.00 |
| Parc at Prairie Grass Apartments 29249674 | Parc at Prairie Grass Apartments c/o Grif 102 Cascade Court Colorado Springs, CO 80907 USA | | (719) 520-1234 | | 2,246.37 |
| JN Construction 50530442 | JN Construction PO Box 4643 Buena Vista, CO 81211 USA | | (530) 230-8613 | | 1,796.50 |
| Carbonate Real Estate 43547915 | Carbonate Real Estate 35 Wheeler Place Frisco, CO 80443 USA | | (805) 637-3382 | | 1,650.14 |
| Sage Mountain Builders 10958432 | Sage Mountain Builders 1001 Emma Lane D Salida, CO 81201 USA | | (719) 839-1400 | | 1,577.50 |
| Palmer, Philip 34552355 | Palmer, Philip 222 Tomkins Lane Buena Vista, CO 81211 USA | | (970) 409-0289 | | 1,535.50 |
| Thompson Prop Service 2613508 | Thompson Prop Service PO Box 8233 Colorado Springs, CO 80933 USA | | (719) 439-1764 | | 1,350.00 |
| Vrooman , Andrew 32778762 | Vrooman , Andrew 9920 Hodgen Road Colorado Springs, CO 80908 USA | | (602) 370-3480 | | 1,300.00 |
| Cross County Freight Solutions 41839884 | Cross County Freight Solutions PO Box 4030 Bismark, ND 58502 USA | | (970) 316-2881 | | 1,275.00 |
| Van Horn, Candice 55977892 | Van Horn, Candice 5390 Whip Trail Colorado Springs, CO 80917 USA | | (903) 802-4034 | | 1,268.00 |

| Name | Address | Phone | Phone 2 | Amount |
|---|---|---|---|---|
| National Green Source 56688138 | National Green Source 1900 South Freeway Pueblo, CO 81004 USA | (602) 402-6039 | | 1,237.50 |
| Stratton Preserve c/o Diversifie 27795083 | Stratton Preserve c/o Diversified Associa 4325 North Nevada Avenue #100 Colorado Springs, CO 80907 USA | (719) 314-4504 | | 1,232.72 |
| McMurtrie, Elizabeth 53560842 | McMurtrie, Elizabeth 500 Cedar Hill Road Ambler, PA 19002 USA | (215) 317-3037 | | 1,170.60 |
| Kaizen Collision Center 44243107 | Kaizen Collision Center 716 Park Avenue Salida, CO 81201 USA | (719) 539-7359 | | 1,164.89 |
| Commerce Center Builders 5898242 | Commerce Center Builders 7505 Gillen Road Colorado Springs, CO 80919 USA | (719) 415-7419 | | 1,116.28 |
| Evoqua Water 2616334 | Evoqua Water 725 Wooten Road Colorado Springs, CO 80915 USA | (719) 570-9600 | | 1,104.44 |
| Van Deel, Roger 2617556 | Van Deel, Roger PO Box 362 Buena Vista, CO 81211 USA | (719) 207-0273 | | 1,083.46 |
| Maness, Christina 56849803 | Maness, Christina 735 Ute Avenue Rifle, CO 81650 USA | (720) 941-7329 | | 1,051.95 |
| P & C Enterprises, LLC 39226250 | P & C Enterprises, LLC PO Box 382 Buena Vista, CO 81211 USA | (719) 239-1758 | | 1,050.00 |
| Home Depot 1525 22416778 | Home Depot 1525 295 Yoder Avenue Avon, CO 81620 USA | (970) 748-9483 | | 1,042.00 |
| Dahl Supply and Plumbing 57191475 | Dahl Supply and Plumbing 1960 Airport Road Rifle, CO 81650 USA | (517) 673-7265 | | 1,031.68 |
| Detlof, Emmy 46895389 | Detlof, Emmy 19750 Elbert Road Elbert, CO 80106 USA | (719) 439-5604 | | 975.00 |
| Keith, Kim 46696082 | Keith, Kim 543 Morning Star Road Cotopaxi, CO 81223 USA | (719) 930-6515 | | 971.20 |
| Hartmann, John 23357836 | Hartmann, John 13680 County Road 261B Nathrop, CO 81236 USA | (503) 577-9956 | | 930.00 |
| Home Depot 1540 2614853 | Home Depot 1540 1200 Mayberry Drive Highlands Ranch, CO 80129 USA | (720) 344-7645 | | 886.00 |
| Montgomery, Daniel 49875466 | Montgomery, Daniel 5105 West Mississippi Avenue Denver, CO 80219 USA | (303) 249-9966 | | 872.00 |
| Vargas-Hererra, Luis 56363731 | Vargas-Hererra, Luis 4939 Pinyon Place Parachute, CO 81635 USA | (970) 274-7749 | | 828.00 |
| HHI Corp 2621478 | HHI Corp 736 West Harrisville Road Harrisville, UT 84404 USA | (385) 333-4400 | | 790.00 |
| Tri Lakes Fire 2609022 | Tri Lakes Fire 16055 Old Forest Point 102 Monument, CO 80132 USA | (719) 820-3422 | | 788.70 |
| Home Depot 1509 55718386 | Home Depot 1509 9401 East Arapahoe Road Greenwood Village, CO 80111 USA | (303) 799-9071 | | 788.00 |
| Valone, Marcus 32412064 | Valone, Marcus 8170 Poco Road Colorado Springs, CO 80908 USA | (719) 460-5637 | | 784.19 |
| Drywall Material 2620211 | Drywall Material 4285 Northpark Dr. Colorado Springs, CO 80907 USA | (719) 531-9900 | | 653.81 |
| Malone, Lorie 12952939 | Malone, Lorie 1 Polo Drive Colorado Springs, CO 80906 USA | (719) 576-0110 | | 651.08 |
| Macias, Gricelle 48178442 | Macias, Gricelle 1638 Balsam Court Rifle, CO 81650 USA | (970) 665-8569 | | 625.00 |
| HomeDepot.com 2609499 | HomeDepot.com P.O. Box 723020 Apt #25 Atlanta, GA 31139 USA | (719) 948-9241 | | 622.75 |
| Monster Scooters 2619317 | Monster Scooters 5045 Galley Rd Colorado springs, CO 80915 USA | (719) 247-4050 | | 617.41 |
| MSI 40092170 | MSI 2718 Marston Heights Colorado Springs, CO 80920 USA | (303) 420-4433 | | 600.00 |
| Colorado Lighting 2618079 | Colorado Lighting 2171 E. 74th Ave Denver, CO 80229 | (303) 288-3152 | | 542.90 |
| Vistas at Jackson Creek 2609051 | Vistas at Jackson Creek 16112 Old Forest Point Monument, CO 80132 USA | (719) 488-2266 | | 525.00 |
| Home Depot 1549 21358574 | Home Depot 1549 4277 South Eldridge Street Morrison, CO 80465 USA | (303) 697-6619 | | 524.00 |
| Greg Alpine EDGE 39799434 | Greg Alpine EDGE 226 Lusher ct Frisco, CO 80443 USA | | | 520.00 |
| Osei, Suzette 34470668 | Osei, Suzette 6024 Meadow Drive Morrison, CO 80465 USA | (610) 223-0892 | | 500.00 |
| Smith, Mike 41999679 | Smith, Mike 400 East 10th Street Leadville, CO 80461 USA | (719) 398-3456 | | 500.00 |
| Colorado State Fairgrounds 2621590 | Colorado State Fairgrounds 1001 Beulah Avenue Pueblo, CO 81004 USA | (719) 404-2000 | | 491.00 |
| Fowler, Jerry 57352370 | Fowler, Jerry 52 Corral Drive Carbondale, CO 81623 USA | (903) 619-2363 | | 487.78 |
| Presidio Condos c/o Diversified 29355532 | Presidio Condos c/o Diversified Associate 4325 North Nevada Avenue 100 Colorado Springs, CO 80907 USA | (719) 314-4524 | | 483.26 |
| Griffin, Brian 47951755 | Griffin, Brian 405 Howard Street Eagle, CO 81631 USA | (970) 556-2453 | | 468.00 |
| Willard, Clarence 22123993 | Willard, Clarence 472 Rocky Mountain View Divide, CO 80814 USA | (719) 660-7600 | | 455.00 |
| Springs Homes For Rent 2609081 | Springs Homes For Rent 703 N Tejon, Ste A Colorado Springs, CO 80903 USA | (719) 388-4000 | | 443.00 |
| Rainbow Collision & Auto Glass 49571852 | Rainbow Collision & Auto Glass 10680 Charter Oak Ranch Road Fountain, CO 80817 USA | (719) 390-0163 | | 441.68 |
| Phases Truck & Auto Repair 7530793 | Phases Truck & Auto Repair 1670 Paonia Street Colorado Springs, CO 80915 USA | (719) 548-8284 | | 433.97 |
| Guettlein, Brandon 56502168 | Guettlein, Brandon 28 Kyndra Court Caon City, CO 81212 USA | (303) 902-6415 | | 413.48 |
| Cintas 3 2616411 | Cintas 3 3500 Sunrise Hwy, Bldg 100, Ste 210 PO Bo Great River, NY 11739 | (719) 599-0048 | | 406.00 |
| Prospect Electric 57448917 | Prospect Electric 2900 County Road 233 Rifle, CO 81650 USA | (970) 618-9411 | | 389.24 |
| First and Main Apfs 6226345 | First and Main Apf's 6102 Olmsted Point Colorado Springs, CO 80922 USA | (719) 634-7383 | (719) 375-5506 | 385.00 |
| Colony Hills Apartments 50702986 | Colony Hills Apartments 3860 Patrick Drive 21 Colorado Springs, CO 80916 USA | (719) 390-5496 | | 375.00 |
| Ridgepointe at Gleneagle c/o Grif 2612573 | Ridgepointe at Gleneagle c/o Griffis Bles 102 North Cascade Avenue 550 Colorado Springs, CO 80903 USA | (719) 203-8260 | | 371.87 |
| Klus, Kimberly 34647972 | Klus, Kimberly 6301 Perry Park Boulevard 11 Larkspur, CO 80118 USA | (407) 701-6504 | | 371.15 |
| Harrison District 2 2619011 | Harrison District 2 1060 Harrison Road Colorado Springs, CO 80905 USA | (719) 360-2995 | | 368.70 |
| Falcon Property Company 25228170 | Falcon Property Company 7222 Commerce Center Drive Suite 220 Colorado Springs, CO 80919 USA | (719) 895-5600 | | 366.77 |
| Colorado Appliance 51855277 | Colorado Appliance 582 Gateway Drive Breckenridge, CO 80424 USA | (970) 409-2003 | | 360.00 |
| Girling, Kim 2613043 | Girling, Kim 4155 Solarglen Drive Colorado Springs, CO 80916 USA | (719) 351-1350 | | 350.58 |
| Cornell Storefront 32210320 | Cornell Storefront 140 Maffett St Wilkes-Barre, PA 18705 USA | (800) 882-6773 | (800) 882-6772 | 325.00 |
| Pinon Real Estate 2616703 | Pinon Real Estate 36 Trailside Circle Salida, CO 81201 USA | (719) 221-0682 | | 324.05 |
| Home Depot 1542 2609004 | Home Depot 1542 141 Mackenzie Avenue Caon City, CO 81212 USA | (719) 276-2452 | | 322.25 |
| Widefield Management 2616827 | Widefield Management 3 Widefield Blvd Colorado Springs, CO 80911 USA | (719) 392-0194 | | 318.62 |
| Sedona Ridge c/o Griffis Blessin 45049482 | Sedona Ridge c/o Griffis Blessing 102 North Cascade Avenue # 550 Colorado Springs, CO 80903 USA | (719) 245-1204 | | 315.00 |
| Swan, Andrea and Tony 46978593 | Swan, Andrea and Tony 2190 Arapahoe Street Woodland Park, CO 80863 USA | (317) 760-8280 | | 315.00 |
| Chalk Creek Consulting 12793049 | Chalk Creek Consulting 18860 County Road 162 Nathrop, CO 81236 USA | (719) 388-3104 | | 300.00 |
| Colorado Parks and Wildlife 6137266 | Colorado Parks and Wildlife 24507 US Highway 285 Fairplay, CO 80440 USA | (719) 539-6877 | | 299.85 |
| Sinovcic, Ivan 57354001 | Sinovcic, Ivan 420 Reese Road Silverthorne, CO 80498 USA | (970) 470-0115 | | 294.21 |
| Plummer, Avery 57618218 | Plummer, Avery 1867 Flintshire Street Colorado Springs, CO 80910 USA | (225) 361-5094 | | 294.02 |

| | | | |
|---|---|---|---|
| Resort at University Park 37784596 | Resort at University Park 1925 Seclusion Point B Colorado Springs, CO 80918 USA | (719) 277-7500 | 294.02 |
| Talon Hill Apartments 31908117 | Talon Hill Apartments 1640 Peregrine Vista Heights Colorado Springs, CO 80921 USA | (719) 225-1850 | 294.02 |
| E & E Inc. 2617239 | E & E Inc. 625 Illinois Ave. Salida, CO 81201 USA | | 285.00 |
| Sangre De Cristo Electric 57298606 | Sangre De Cristo Electric 56495 Colorado 69 Westcliffe, CO 81252 USA | (719) 398-3243 | 285.00 |
| Young, Ingrid 53696778 | Young, Ingrid 7453 Campstool Drive Colorado Springs, CO 80922 USA | (719) 229-5106 | 274.56 |
| MW Golden Constructors 46965483 | MW Golden Constructors 1700 Park Street Castle Rock, CO 80109 USA | (720) 552-4569 | 260.50 |
| Templeton Ridge Town 2611929 | Templeton Ridge Town 4766 Winewood Village Drive Colorado Springs, CO 80917 USA | (719) 596-6401 | 249.66 |
| Brown, James 56565309 | Brown, James 814 I Street Salida, CO 81201 USA | (505) 350-1922 | 240.00 |
| Lansing Building Materials 33283737 | Lansing Building Materials 2450 Zeppelin Dr Colorado Springs, CO 80916 USA | (719) 573-5091 | 227.86 |
| Champions @ Norwood 43556243 | Champions @ Norwood 4505 Dublin Boulevard Colorado Springs, CO 80923 USA | (719) 282-5085 | 224.02 |
| Peterson Space Force Base East G 52632718 | Peterson Space Force Base East Gate 2 Marksheffel Road Colorado Springs, CO 80916 USA | (832) 244-0662 | 220.00 |
| Levy, Johnny 13048321 | Levy, Johnny 1025 Cragin Road Colorado Springs, CO 80920 USA | (303) 596-0523 | 215.58 |
| Front Range Arborist 2615705 | Front Range Arborist 5080 Geiger Blvd. Colorado Springs, CO 80915 | (719) 635-7459 | 210.00 |
| Moriarty Roofing 2616952 | Moriarty Roofing 4725 Town Center Dr. Suite A Colorado Springs, CO 80916 | (719) 419-7747 | 210.00 |
| Peterson Space Force Base 55997016 | Peterson Space Force Base 2032 Stewart Avenue Colorado Springs, CO 80916 USA | (206) 422-3587 | 210.00 |
| Pikes Peak Library 2616199 | Pikes Peak Library PO Box 1171 Colorado Springs, CO 80901 USA | (719) 243-7925 | 210.00 |
| Restoration 1 56947751 | Restoration 1 704 Arrawanna Street Colorado Springs, CO 80909 USA | (719) 755-7510 | 210.00 |
| Rizley, Keith 2618720 | Rizley, Keith PO Box 720 Sayre, OK 73662 | (719) 539-7001 | 210.00 |
| Sierra Properties In 2618425 | Sierra Properties In 1150 Academy Park Loop 104 Colorado Springs, CO 80910 USA | (719) 591-6777 | 210.00 |
| Strawberry Fields Condo HOA c/o 57601294 | Strawberry Fields Condo HOA c/o Rowcal 3605 Strawberry Field Grove Colorado Springs, CO 80906 USA | (719) 339-8132 | 210.00 |
| The Brass Tap 23965217 | The Brass Tap 13271 Bass Pro Drive 110 Colorado Springs, CO 80921 USA | (719) 661-1710 | 210.00 |
| Town Center Condos 57444544 | Town Center Condos 116 South 5th Avenue Frisco, CO 80443 USA | (970) 485-1598 | 210.00 |
| Viridian Edge at the Park 7530404 | Viridian Edge at the Park 6236 Twin Oaks Drive Colorado Springs, CO 80918 USA | (719) 594-0314 | 210.00 |
| Warren Management 49561762 | Warren Management 1720 Jet Stream Drive 200 Colorado Springs, CO 80921 USA | (719) 534-0266 | 210.00 |
| Williams Body and Paint 52642314 | Williams Body and Paint 6210 Lake Shore Court Colorado Springs, CO 80915 USA | (719) 638-4849 | 210.00 |
| Winair Co. 2616087 | Winair Co. 3110 North Stone Avenue 180 Colorado Springs, CO 80907 USA | (719) 328-9700 | 210.00 |
| Wolf Ranch HOA C/O Warren Manage 55190538 | Wolf Ranch HOA C/O Warren Management Jet Stream Drive 200 Colorado Springs, CO 80921 USA | (719) 685-7829 | 210.00 |
| Woodford Manufacturing 2615974 | Woodford Manufacturing 2121 Waynoka Road Colorado Springs, CO 80915 USA | (719) 313-0244 | 210.00 |
| Halbert, John 34376202 | Halbert, John 2411 Barkman Drive Colorado Springs, CO 80916 USA | (719) 321-4318 | 199.42 |
| Kedrowski, Bob 23013656 | Kedrowski, Bob 1335 Cordillera Way Edwards, CO 81632 USA | (970) 470-2361 | 195.70 |
| De steel 34088845 | De steel 5725 Observation Court Colorado Springs, CO 80916 USA | (719) 203-8624 | 175.00 |
| Meritage 57855002 | Meritage 518 Red Valley Trail Castle Rock, CO 80108 USA | | 175.00 |
| Pike West 55850013 | Pike West P O Box 2009 Leadville, CO 80461 USA | (573) 987-7685 | 175.00 |
| Sides, Francis 2612411 | Sides, Francis 5298 Crackerbarrel Circle Colorado Springs, CO 80907 | (719) 338-6275 | 175.00 |
| Vue 21 Apartments 2616468 | Vue 21 Apartments 4610 Nautilus Peak View Colorado Springs, CO 80924 USA | (719) 520-0568 | 175.00 |
| Huppertz, Susan 12304477 | Huppertz, Susan 11873 Saddle Horn Court Salida, CO 81201 USA | (719) 237-2775 | 172.42 |
| Hily, Cornelia 57825576 | Hily, Cornelia 1717 Redbank Drive Colorado Springs, CO 80921 USA | (719) 213-4913 | 166.25 |
| Shield Moving 34196491 | Shield Moving 1900 Airport Road Rifle, CO 81650 USA | (802) 274-2319 | 145.00 |
| Thrasos Media Group LLC 50286992 | Thrasos Media Group LLC 4680 Edison Avenue C Colorado Springs, CO 80915 USA | (719) 277-0700 | 131.59 |
| Sage Brook Apartments 2610749 | Sage Brook Apartments 2555 Raywood View Colorado Springs, CO 80920 USA | (719) 495-8900 | 129.84 |
| Courtyards of Newport HOA C/O Wa 44502805 | Courtyards of Newport HOA C/O Warren Mana 102 North Cascade Avenue Colorado Springs, CO 80903 USA | (719) 685-7829 | 110.00 |
| Daugherty, James 57619000 | Daugherty, James 1560 Enoch Road Colorado Springs, CO 80930 USA | (478) 957-0748 | 110.00 |
| Great West Construction 6516265 | Great West Construction 1491 Tuskegee Place c Colorado Springs, CO 80915 USA | (719) 380-8100 | 110.00 |
| Johns, David 2616383 | Johns, David 949 F Street Salida, CO 81201 | (303) 321-1600 | 110.00 |
| Joseph, David A 7159586 | Joseph, David A 3461 Clubheights Court Colorado Springs, CO 80906 USA | (719) 238-5339 | 110.00 |
| Pinecrest c/o Griffis Blessing 34534034 | Pinecrest c/o Griffis Blessing 3734 E La Salle Colorado Springs, CO 80909 USA | (719) 596-9062 | 110.00 |
| RAN / Frequent Flyer 57454935 | RAN / Frequent Flyer 2176 Victor Place Colorado Springs, CO 80915 USA | (719) 359-1723 | 110.00 |
| Reddy Ice 2614991 | Reddy Ice 4325 North Park Dr Colorado Springs, CO 80907 USA | (719) 210-8421 | 110.00 |
| Sukhanenko, Kateryna 57219119 | Sukhanenko, Kateryna 17 Pine Ridge Road Basalt, CO 81621 USA | (970) 306-2138 | 110.00 |
| Thirteen20 Apartments 2616458 | Thirteen20 Apartments 1320 Potter Dr Colorado Springs, CO 80909 USA | (719) 716-9015 | 110.00 |
| Home Depot 1511 2609154 | Home Depot 1511 4450 North Freeway Road Pueblo, CO 81008 USA | (719) 406-6765 | 88.00 |
| Knowlton, Amanda 22716564 | Knowlton, Amanda 1710 North Wild Bill Hickock Drive Pueblo West, CO 81007 USA | (719) 569-2486 | 87.50 |
| Cord, Arnold 10831221 | Cord, Arnold 37 Red Wing Terrace Colorado Springs, CO 80906 USA | (719) 306-9357 | 75.00 |
| Pine Terrace HOA c/o Diversified 27011978 | Pine Terrace HOA c/o Diversified Associat 4325 North Nevada Avenue 100 Colorado Springs, CO 80907 USA | (719) 578-9111 | 55.00 |
| Summit Resort Group 51949962 | Summit Resort Group PO Box 2590 Dillion, CO 80435 USA | (970) 468-9137 | 55.00 |
| | | | 450,238.21 |

**Fill in this information to identify the case:**

Debtor name    **GWD Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

### 2.1  Ally

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2022 Chevy Silverado**

| **$35,043.98** | **$15,000.00** |

**P.O. Box 9001948**
**Louisville, KY 40290-1948**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

### 2.2  De Lage Landen

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Clark C25L**

| $2,688.00 | $0.00 |

**PO Box 41602**
**Philadelphia, PA**
**19101-1602**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/26/19**
**Last 4 digits of account number**
**4501**
**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **GWD Inc.**
_____
Name

Case number (if known) _____

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **ENT Credit Union** | | $74,036.23 | $77,000.00 |

Creditor's Name

**P.O. Box 16769**
**Colorado Springs, CO 80935**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Land Rover Defender**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **ENT Credit Union** | | $3,873.12 | $4,000.00 |

Creditor's Name

**P.O. Box 16769**
**Colorado Springs, CO 80935**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2015 Chevy Colorado**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **ENT Credit Union** | | $48,929.56 | $15,000.00 |

Creditor's Name

**P.O. Box 16769**
**Colorado Springs, CO 80935**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Chevy Silverado**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

☐ Yes
**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **ENT Credit Union** | Describe debtor's property that is subject to a lien | $36,064.26 | $15,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2015 Chevy Silverado** | | |

P.O. Box 16769
Colorado Springs, CO
80935

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **ENT Credit Union** | Describe debtor's property that is subject to a lien | $10,474.10 | $2,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2012 Ford F350** | | |

P.O. Box 16769
Colorado Springs, CO
80935

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **ENT Credit Union** | Describe debtor's property that is subject to a lien | $11,559.83 | $1,500.00 |
|---|---|---|---|---|

Debtor   **GWD Inc.**                                   Case number (if known) _____
_____
Name

| Creditor's Name | |
|---|---|
| **P.O. Box 16769** | **2014 Ford F250** |
| **Colorado Springs, CO** | |
| **80935** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.9 | **MB Equipment Financing** | **Describe debtor's property that is subject to a lien** | $25,334.10 | $30,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Mercedes C** | | |

**8310 S. Valley Hwy STE 300
Englewood, CO 80112**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.10 | **MB Equipment Financing** | **Describe debtor's property that is subject to a lien** | $15,220.92 | $19,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Mercedes Sprinter** | | |

**8310 S. Valley Hwy STE 300
Englewood, CO 80112**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Debtor **GWD Inc.** _____
Name

Case number (if known) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.11** | **Vectra Bank** | Describe debtor's property that is subject to a lien | $100,000.00 | $450,238.21 |
|---|---|---|---|---|

Creditor's Name

**7860 S. Bingham Junction Blvd.**
**Midvale, UT 84047**

**90 days or less: Receivables**

Creditor's mailing address

Describe the lien
**Line of credit**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4391**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Vectra Bank** | ☐ Disputed |
| **2. Vectra Bank** | |
| **3. Vectra Bank** | |

---

| **2.12** | **Vectra Bank** | Describe debtor's property that is subject to a lien | $653,816.50 | $450,238.21 |
|---|---|---|---|---|

Creditor's Name

**7860 S. Bingham Junction Blvd.**
**Midvale, UT 84047**

**90 days or less: Receivables**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7113**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.11** | ☐ Disputed |

---

| **2.13** | **Vectra Bank** | Describe debtor's property that is subject to a lien | $155,006.88 | $450,238.21 |
|---|---|---|---|---|

Debtor    **GWD Inc.**    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name | |
| **7860 S. Bingham Junction Blvd.** | **90 days or less: Receivables** |
| **Midvale, UT 84047** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4409**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.11**

☐ Contingent
☐ Unliquidated
☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$1,172,047.48**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name  **GWD Inc.**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address<br>**Alijah McChriston**<br>**912 N. 31st Street**<br>**Colorado Springs, CO 80904** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$488.40** | **$488.40** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**401k contribution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**Andrew Sample**<br>**5250 Willowbrook Road**<br>**Colorado Springs, CO 80917** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,689.64** | **$4,689.64** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**401k contribution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor **GWD Inc.**

Name                                                    Case number (if known) _____

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,344.51 | $5,344.51 |
|---|---|---|---|---|

**Carlos Gudino**
**7013 Harrier Drive**
**Colorado Springs, CO 80922**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k contribution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,562.10 | $15,562.10 |
|---|---|---|---|---|

**Colorado Department of Revenue**
**1881 Pierce Street**
**Attn: Bankruptcy Dept., RM 104**
**Lakewood, CO 80215**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,132.16 | $1,132.16 |
|---|---|---|---|---|

**Darrell Hall**
**7095 Metropolitan Street**
**Colorado Springs, CO 80911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k contributions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,494.00 | $4,494.00 |
|---|---|---|---|---|

**Eric Leaming**
**3042 Drakeston Drive**
**Colorado Springs, CO 80909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k contribution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **GWD Inc.**
Name

Case number (if known)

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,666.88 | $1,666.88 |
|---|---|---|---|---|

**Eric Nelson**
**624 Alexander Drive**
**Colorado Springs, CO 80908**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k contribution**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Gary DeJong**
**4336 N. Nevada Ave.**
**Colorado Springs, CO 80907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Back wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,781.56 | $16,781.56 |
|---|---|---|---|---|

**Gary DeJong**
**4336 N. Nevada Ave.**
**Colorado Springs, CO 80907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k contribution**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,872.46 | $4,872.46 |
|---|---|---|---|---|

**Gregory Robb**
**3253 Tempe Court**
**Colorado Springs, CO 80920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k contribution**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,897.60 | $2,897.60 |
|---|---|---|---|---|
| | **Jacob Olson**<br>**3836 Clovergate Drive**<br>**Colorado Springs, CO 80920** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401k contribution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,625.75 | $6,625.75 |
|---|---|---|---|---|
| | **Jarod Klein**<br>**1440 Bellaire Drive**<br>**Colorado Springs, CO 80907** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401k contribution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,536.76 | $5,536.76 |
|---|---|---|---|---|
| | **Jennifer Stewart**<br>**5030 Bittercreek Drive**<br>**Colorado Springs, CO 80922** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**401k contribution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **GWD Inc.**
_____
Name

Case number (if known) _____

| 2.15 | Priority creditor's name and mailing address<br>**Joel Watts**<br>**1104 Widefield Drive**<br>**Colorado Springs, CO 80911** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,832.78 | $4,832.78 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**401k contribution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**Kenneth Woltz**<br>**6559 Annahill Place**<br>**Colorado Springs, CO 80922** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,342.32 | $7,342.32 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**401k contribution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**Mark Henderson**<br>**7428 Theresa Drive**<br>**Colorado Springs, CO 80925** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,463.68 | $1,463.68 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**401k contribution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address<br>**Ryan Haisley**<br>**2314 Steambank Drive**<br>**Colorado Springs, CO 80951** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,587.26 | $2,587.26 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**401k contribution** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (5) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor  **GWD Inc.**
_____
Name                                                                  Case number (if known)  _____

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,710.73 | $2,710.73 |

**Ryan Haisley**
**2314 Steambank Drive**
**Colorado Springs, CO 80951**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid bonuses**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,976.54 | $8,976.54 |

**Sean Root**
**4890 Polepant Drive**
**Colorado Springs, CO 80918**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k contribution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,736.27 | $8,736.27 |

**Sean Root**
**4890 Polepant Drive**
**Colorado Springs, CO 80918**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid bonuses and vacation time**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,132.75 | $3,132.75 |

**Seth Payton**
**1213 Woodcrest Drive**
**Corpus Christi, TX 78418**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k contribution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **GWD Inc.**
_____
Name                                                          Case number *(if known)* _____

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,442.72 | $3,442.72 |

Priority creditor's name and mailing address
**Travis White**
**4633 Brylie Way**
**Colorado Springs, CO 80911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**401k contribution**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,312.50** |

Nonpriority creditor's name and mailing address
**361 Builders**
**201 Milwaukee Street, Unit 200**
**Denver, CO 80206**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | | | **$97,308.08** |

Nonpriority creditor's name and mailing address
**4336 North Nevada**
**4336 North Nevada Avenue**
**Colorado Springs, CO 80907**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | | | **$6,473.50** |

Nonpriority creditor's name and mailing address
**63 Meadow Circle LLC**
**PO Box 4363**
**Aspen, CO 81612**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer deposit**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | | | **$1,705.00** |

Nonpriority creditor's name and mailing address
**A&B Construction**
**5219 Bancroft Hts.**
**Colorado Springs, CO 80906**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | | | **$325.00** |

Nonpriority creditor's name and mailing address
**A-1 Garage Doors**
**645 D Street**
**Penrose, CO 81240**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **GWD Inc.** _____     Case number (if known) _____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $302.00 |
|---|---|---|---|

**A-1 Garage Doors**
**645 D Street**
**Penrose, CO 81240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Depost**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Aaron Dobson**
**206 Cottonwood Circle**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.04 |
|---|---|---|---|

**Aaron Miller**
**15350 Sostrin Lane**
**Colorado Springs, CO 80921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Adam Pietraszeak**
**153 Rose Crown Cirle**
**Frisco, CO 80443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.83 |
|---|---|---|---|

**Alan Garner**
**10619 Derby Mesa Court**
**Colorado Springs, CO 80924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,010.20 |
|---|---|---|---|

**All Rental Center**
**4780 Austin Bluffs Parkway**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,886.00 |
|---|---|---|---|

**Alpine Edge Property**
**PO Box 007**
**Breckenridge, CO 80443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GWD Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$623.50**

Amie Urbine
513 Park Lane
Buena Vista, CO 81211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer Deposit

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,903.00**

Amy Dalton
736 Winding Hills Road
Monument, CO 80132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer Deposit

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,121.00**

Amy EinSpahr
1432 Heidi Lane
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer Deposit

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

Andrea Bridges
1020 Farragut Avenue
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer Depost

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,086.50**

Andrew Krawciw
16635 County Road 289
Nathrop, CO 81236

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer Deposit

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00**

Angel Zambrano
3021 GArland Terrace
Colorado Springs, CO 80910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Customer Deposit

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,161.57**

Ankmar
4200 Monaco Street
Denver, CO 80216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **GWD Inc.**
Name

Case number *(if known)* _____

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$413.04**
---|---|---|---

**Anna Jenkins**
**8654 Meadow Tree Trail**
**Colorado Springs, CO 80927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$7,096.57**

**Asshole's Garage**
**2007 Bott Avenue**
**Colorado Springs, CO 80904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$1,469.91**

**Aught Six Ranch**
**33000 CO 69**
**Gardner, CO 81040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$3,050.00**

**Avery Bechtel**
**101 Wood Avenue**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$439.00**

**Badger Fleet**
**c/o Tucker, Albin & Associates**
**1702 North Collins Blvd.**
**Suite 100**
**Richardson, TX 75080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$798.00**

**Battery Plus Bulbs**
**3320 Austin Bluffs Parkway**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$3,807.50**

**Baug Corp**
**2357 Boxwood Drive**
**Allen, TX 75013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228.67 |
|---|---|---|---|

**Becky Roberts**
**4325 Cassidy Street**
**Colorado Springs, CO 80911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Benjamin Malek**
**2754 Rule Road**
**Eagle, CO 81631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,583.62 |
|---|---|---|---|

**Bill's Equipment and Supply**
**125 South Chestnut Street**
**Colorado Springs, CO 80905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,950.00 |
|---|---|---|---|

**Bison Pointe Homeowners Association**
**1155 Kelly Johnson Boulevard 495**
**Colorado Springs, CO 80920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $478.59 |
|---|---|---|---|

**Black Forest Reserve HOA**
**c/o Warrent Management**
**1720 Jet Stream Drive, #200**
**Colorado Springs, CO 80921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Bob Ramsdale**
**18455 Trail West Drive**
**Buena Vista, CO 81211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.00 |
|---|---|---|---|

**Bob Ramsdell**
**18455 Trail West Drive**
**Buena Vista, CO 81211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,532.00 |
|---|---|---|---|

**Bottin Construction**
**455 Maverick Way**
**Monument, CO 80132**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,285.00 |
|---|---|---|---|

**Brent Buchanan**
**1061 Park West Drive**
**Glenwood Springs, CO 81601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,486.24 |
|---|---|---|---|

**Broadmoor Village**
**4127 San Felice Point**
**Colorado Springs, CO 80906**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $169.84 |
|---|---|---|---|

**Bruce Mahncke**
**409 North Tejon Street**
**Colorado Springs, CO 80903**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.50 |
|---|---|---|---|

**Bryan Penny**
**2743 Lear Drive**
**Colorado Springs, CO 80920**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $853.00 |
|---|---|---|---|

**Bryan Snow**
**263 Delores Circle**
**Glenwood Springs, CO 81601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,925.00 |
|---|---|---|---|

**Buena Vista Golf Course**
**28775 Fairway Drive**
**Buena Vista, CO 81211**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    __GWD Inc._____     Case number (if known) _____
          Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Caesar Gaddis**
**1310 South Park Drive**
**Monument, CO 80132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $929.00 |
|---|---|---|---|

**Carey Bare**
**128 N C Street**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,760.00 |
|---|---|---|---|

**Carmen Riehke**
**10724 McKissick Road**
**Peyton, CO 80831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Cecillia Gentry**
**9145 Bellcove Cir.**
**Colorado Springs, CO 80920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,125.00 |
|---|---|---|---|

**Cedars HOA**
**300 North Main Street**
**Breckenridge, CO 80424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,621.28 |
|---|---|---|---|

**Chamberlain Group**
**P.O. Box 99152**
**Chicago, IL 60693-9152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,225.50 |
|---|---|---|---|

**Chapman Rentals**
**722 Silver Circle**
**Breckenridge, CO 80424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **GWD Inc.**
_____
Name                                                          Case number (if known) _____

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,890.00 |
|---|---|---|---|

**Cheyenne Mountain AFS**
**Norad Road**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,686.57 |
|---|---|---|---|

**CHI Overhead Doors, Inc.**
**P.O. Box 504246**
**Saint Louis, MO 63150-4246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,266.16 |
|---|---|---|---|

**Chief Petro-Card, Inc.**
**P.O. Box 6239**
**Colorado Springs, CO 80934-6239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.52 |
|---|---|---|---|

**Christie Sonchar**
**5615 Sonnet Ridge Point**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,620.00 |
|---|---|---|---|

**Christopher Elmore**
**13861 COunty Road 270**
**Nathrop, CO 81236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.04 |
|---|---|---|---|

**Christopher Holt**
**8820 Liverpool Lane**
**Colorado Springs, CO 80920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,994.00 |
|---|---|---|---|

**Chuck and Denise Alluisi**
**15980 County Road 306**
**Buena Vista, CO 81211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.55** Nonpriority creditor's name and mailing address
**Cindy Newell**
**18917 Wapiti Circle**
**Buena Vista, CO 81211**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$240.00**

---

**3.56** Nonpriority creditor's name and mailing address
**Citibank**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**$30,461.13**

---

**3.57** Nonpriority creditor's name and mailing address
**Citibank**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,430.87**

---

**3.58** Nonpriority creditor's name and mailing address
**City Walk Condos**
**4325 North Nevada Avenue 100**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,572.52**

---

**3.59** Nonpriority creditor's name and mailing address
**Colorado Spring Power Sports**
**945 Motor City Drive**
**Colorado Springs, CO 80905**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,050.00**

---

**3.60** Nonpriority creditor's name and mailing address
**Colorado Springs Gazette, LLC**
**30 East Pikes Peak Avenue**
**Suite 100**
**Colorado Springs, CO 80905**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,010.00**

---

**3.61** Nonpriority creditor's name and mailing address
**Conroy Excavating**
**125 County Road 522 East**
**Tabernash, CO 80478**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,200.00**

---

| Debtor | **GWD Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address
**Controlled Products**
P.O. Box 677436
Dallas, TX 75267-7436

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$80,626.11**

---

**3.63** | Nonpriority creditor's name and mailing address
**Courtney Dewitte**
8430 Sweetgum Terrace
Colorado Springs, CO 80920

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$413.04**

---

**3.64** | Nonpriority creditor's name and mailing address
**Crossing Jordan Development**
16835 Cherry Crossing Drive
Colorado Springs, CO 80921

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$5,500.00**

---

**3.65** | Nonpriority creditor's name and mailing address
**Current Construction**
PO Box 978
Buena Vista, CO 81211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$6,928.51**

---

**3.66** | Nonpriority creditor's name and mailing address
**Dale and Susan Anton**
PO Box 97
Poncha Springs, CO 81242

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$5,291.50**

---

**3.67** | Nonpriority creditor's name and mailing address
**Damian Rotolo**
40 Tulane Street
Pueblo, CO 81005

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.68** | Nonpriority creditor's name and mailing address
**Dan Perkins**
563 Wheat Way
Fairplay, CO 80440

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Depoist**

Is the claim subject to offset? ■ No ☐ Yes

**$1,992.00**

---

Debtor   **GWD Inc.**
_____   Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Dan Stover**<br>**1100 North Center Street**<br>**Woodland Park, CO 80863**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,450.00** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Daniel Knigge**<br>**1105 East Sabeta**<br>**Salida, CO 81201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$240.00** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Danielle Plumb**<br>**5987 Colorado 165**<br>**Wetmore, CO 81253**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Deposit**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$415.00** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**David Mikita**<br>**6125 Templeton Gap**<br>**Colorado Springs, CO 80923**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Deposit**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$1,645.00** |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**David Nauer**<br>**620 Struthers Loop**<br>**Colorado Springs, CO 80921**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$175.00** |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**David Sudo**<br>**14764 Basalt Lane**<br>**Salida, CO 81201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,555.00** |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Dawn Marsh**<br>**1268 Baron Road**<br>**Colorado Springs, CO 80918**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Customer Deposit**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$175.00** |

| Debtor | GWD Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,908.98**

**De Lage Landen Financial Services**
**P.O. Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,044.50**

**Debbie Smith**
**15850 CR 352**
**Buena Vista, CO 81211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer Deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,269.00**

**Derek Schatz**
**344 Pond Drive**
**Fairplay, CO 80440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer Deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,087.50**

**Desmond and Joyce McWann**
**5355 North Carefree Circle**
**Colorado Springs, CO 80917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer Deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,575.00**

**DH Construction**
**7405 US 50**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer Deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$234.40**

**Diane Gagnon**
**4465 Cavendish Drive**
**Colorado Springs, CO 80920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00**

**Dillon Marina**
**150 Marina Drive**
**Dillon, CO 80435**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Customer Deposit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address
**Dion Killingsworth**
**14275 E. Coachman Drive**
**Colorado Springs, CO 80908**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,847.00**

---

**3.84** | Nonpriority creditor's name and mailing address
**Don and Stefanie Quashie**
**4813 Bittercreek Drive**
**Colorado Springs, CO 80922**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$2,080.00**

---

**3.85** | Nonpriority creditor's name and mailing address
**Don Kirlin**
**388 Revette Drive**
**Breckenridge, CO 80424**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$11,937.00**

---

**3.86** | Nonpriority creditor's name and mailing address
**Don Reichelt**
**2006 Red Valley Road**
**Fairplay, CO 80440**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,132.50**

---

**3.87** | Nonpriority creditor's name and mailing address
**Donna Burge**
**6260 County Road 255**
**Silver Cliff, CO 81252**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$6,831.55**

---

**3.88** | Nonpriority creditor's name and mailing address
**Doug Berwick**
**8015 Poco Road**
**Colorado Springs, CO 80908**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$2,415.00**

---

**3.89** | Nonpriority creditor's name and mailing address
**Doug Cather**
**1164 Hill Road**
**Hartsel, CO 80449**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,442.50**

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,463.00 |
|---|---|---|---|

**Doug McAaliffe**
**138 CR 529**
**Breckenridge, CO 80424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Douglas Tomerlin**
**1105 Oak Hills Drive**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,255.00 |
|---|---|---|---|

**Edward Casias**
**55 Cottonwood Drive**
**Dillon, CO 80435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,285.28 |
|---|---|---|---|

**Elder Construction**
**4870 Centennial Boulevard 100**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,824.00 |
|---|---|---|---|

**Eli Harman**
**340 Mission Hill Way**
**Colorado Springs, CO 80921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Eli Wenninger**
**750 Northwoods Drive West**
**Woodland Park, CO 80863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,970.00 |
|---|---|---|---|

**Elk Meadow Properties LLC**
**12992 Paradise Way**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Customer Deposit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address
Ellen Horarik
PO Box 735
Poncha Springs, CO 81242

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$3,020.00**

---

**3.98** | Nonpriority creditor's name and mailing address
ERC Specialists
560 East Timpanogos Circle
Orem, UT 84097

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$34,994.44**

---

**3.99** | Nonpriority creditor's name and mailing address
Eric Glanzer
547 Douglas Fir Drive
Woodland Park, CO 80863

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,457.85**

---

**3.100** | Nonpriority creditor's name and mailing address
Express Employment Services
P.O. Box 84427
Los Angeles, CA 90084-4277

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$880.09**

---

**3.101** | Nonpriority creditor's name and mailing address
Fastenal Company
P.O. Box 978
Winona, MN 55987-0978

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,073.43**

---

**3.102** | Nonpriority creditor's name and mailing address
FEDEX Freight
P.O. Box 94515
Palatine, IL 60094-4515

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$36.68**

---

**3.103** | Nonpriority creditor's name and mailing address
Foothills HOA
4325 North Nevada Avenue
Colorado Springs, CO 80907

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Customer deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$364.87**

---

Debtor **GWD Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,835.77** |

**Form 44 COnstruction**
**PO Box 10147**
**Aspen, CO 81611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,464.00** |

**Forrest Marsh**
**4001 Park County Road**
**Fairplay, CO 80440**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |

**Frank Comstock**
**6391 Terrace Circle**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$413.04** |

**Frank Jarvis**
**2945 Westcliffe Cir.**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$765.00** |

**Freddie Provenzano**
**2505 Farragut Circle**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,859.99** |

**Garden of the Gos POA**
**4325 North Nevada Ave. #100**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |

**Gary Dejong**
**4750 Stillwell Drive**
**Colorado Springs, CO 80920**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GWD Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.111** | **Nonpriority creditor's name and mailing address**
**Gary DeJong**
**4336 N. Nevada Ave.**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Funds loaned**

Is the claim subject to offset? ■ No ☐ Yes

**$160,930.38**

---

**3.112** | **Nonpriority creditor's name and mailing address**
**Gary Lamontagne**
**7655 Pine Cone Road**
**Colorado Springs, CO 80908**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.113** | **Nonpriority creditor's name and mailing address**
**Gene Huisman**
**18255 Davidson Street**
**Monument, CO 80132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,970.00**

---

**3.114** | **Nonpriority creditor's name and mailing address**
**General Air Services and Supply**
**1105 Zuni Street**
**Denver, CO 80204-3338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$219.26**

---

**3.115** | **Nonpriority creditor's name and mailing address**
**George Lescallett**
**95 East Tamarack Circle**
**Parachute, CO 81635**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,030.25**

---

**3.116** | **Nonpriority creditor's name and mailing address**
**Gian Balrica**
**2235 Oak Hills Drive**
**Colorado Springs, CO 80919**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$5,648.00**

---

**3.117** | **Nonpriority creditor's name and mailing address**
**Great West Construction**
**1491 Tuskegee Place**
**Colorado Springs, CO 80915**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,167.50**

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.118** Nonpriority creditor's name and mailing address

**Green Electric**
**637 Winters Drive**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,274.59**

---

**3.119** Nonpriority creditor's name and mailing address

**Greg Overby**
**17632 Lake Side Drive**
**Monument, CO 80132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$249.82**

---

**3.120** Nonpriority creditor's name and mailing address

**Grenicrete of Colorado**
**720 Palomar Lane**
**Colorado Springs, CO 80906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer deposit

Is the claim subject to offset? ■ No ☐ Yes

**$77.91**

---

**3.121** Nonpriority creditor's name and mailing address

**Griffin Fast Lube**
**P.O. Box 620130**
**Middleton, WI 53562**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$823.82**

---

**3.122** Nonpriority creditor's name and mailing address

**H E Whitlock**
**PO Box 8030**
**Pueblo, CO 81008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$28,000.00**

---

**3.123** Nonpriority creditor's name and mailing address

**H&E Equipment Service, Inc.**
**P.O. Box 849850**
**Dallas, TX 75284**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,460.62**

---

**3.124** Nonpriority creditor's name and mailing address

**Hadley Construction Company**
**6398 Terrace Lane**
**Salida, CO 81201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset? ■ No ☐ Yes

**$669.69**

---

| Debtor | **GWD Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,417.50** |
|---|---|---|---|

**Hammerwell Incorporated**
**12402 Gold Water Circle**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,556.02** |
|---|---|---|---|

**Hansen Const.**
**310 Aspen Airport Business Center**
**Aspen, CO 81611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Heather Harmala**
**126 Vail Circle**
**Dillon, CO 80435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$825.00** |
|---|---|---|---|

**Hermec Landscaping**
**780 Seeding Court**
**Colorado Springs, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,695.00** |
|---|---|---|---|

**High Point Roofing**
**5555 Erindale Drive STE 200**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**Holcim**
**444 East Costilla Street**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,450.00** |
|---|---|---|---|

**Holcim**
**444 E. COstilla Street**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.132**

**Nonpriority creditor's name and mailing address**

**Holman Automotive**
**2425 East Platte Place**
**Colorado Springs, CO 80909**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,088.29**

---

**3.133**

**Nonpriority creditor's name and mailing address**

**Holy Apostles Convent**
**29001 County Road 187**
**Buena Vista, CO 81211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3.95**

---

**3.134**

**Nonpriority creditor's name and mailing address**

**Ideal Moutnain Roofing**
**32382 Meadow Mountain Road**
**Evergreen, CO 80439**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,300.00**

---

**3.135**

**Nonpriority creditor's name and mailing address**

**Jamie Winsand**
**N5204 558th Street**
**Menomonie, WI 54751**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ☐ No ☐ Yes

**$10,080.00**

---

**3.136**

**Nonpriority creditor's name and mailing address**

**Janelle Cinocco**
**7832 French Road**
**Colorado Springs, CO 80920**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,562.00**

---

**3.137**

**Nonpriority creditor's name and mailing address**

**Jason Hernandez**
**715 San Bruno Place**
**Colorado Springs, CO 80906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.138**

**Nonpriority creditor's name and mailing address**

**JD Built Homes**
**5762 Garmish Road**
**Colorado Springs, CO 80918**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,172.50**

---

| Debtor | GWD Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address

**Jean Hanfelt**
237 Shavano Avenue
Salida, CO 81201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,469.00**

---

**3.140** | Nonpriority creditor's name and mailing address

**Jeff Hale**
15245 CO Rd 162
Nathrop, CO 81236

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.141** | Nonpriority creditor's name and mailing address

**Jeff Hauser**
238 High Meadows Drive
Florence, CO 81226

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,650.00**

---

**3.142** | Nonpriority creditor's name and mailing address

**Jeffrey Togie**
123 Lumberjack Road
Fairplay, CO 80440

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$2,210.00**

---

**3.143** | Nonpriority creditor's name and mailing address

**Jerry Mallow**
90 Emerald Place
Howard, CO 81233

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$534.50**

---

**3.144** | Nonpriority creditor's name and mailing address

**Jill Lowry**
9905 East Cheyenne Circle
Salida, CO 81201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$5,855.00**

---

**3.145** | Nonpriority creditor's name and mailing address

**Jim and Kathy Kotora**
8221 Winding Passage Drive
Colorado Springs, CO 80924

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

Debtor **GWD Inc.** _____  Case number *(if known)* _____

Name

| 3.146 | **Nonpriority creditor's name and mailing address**<br>**Jim Campassi**<br>**429 C Street**<br>**Salida, CO 81201** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,272.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 | **Nonpriority creditor's name and mailing address**<br>**Jim Collier**<br>**15735 Birdie Lane**<br>**Buena Vista, CO 81211** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,500.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.148 | **Nonpriority creditor's name and mailing address**<br>**Joanie Meyers**<br>**370 Allegheny Drive**<br>**Colorado Springs, CO 80919** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,263.50** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.149 | **Nonpriority creditor's name and mailing address**<br>**Joe Kim**<br>**5699 Wolf Village Drive**<br>**Colorado Springs, CO 80924** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$175.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address**<br>**John McGrady**<br>**9535 Desert Lily Circle**<br>**Colorado Springs, CO 80925** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$175.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address**<br>**Jorge Marioni**<br>**129 West Home Avenue**<br>**Silt, CO 81652** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,418.07** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| 3.152 | **Nonpriority creditor's name and mailing address**<br>**Josh Anderson**<br>**14 Pleasure Trail**<br>**Penrose, CO 81240** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,950.00** |
|---|---|---|---|

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.153**

**Nonpriority creditor's name and mailing address**

**Kari Rogne**
**PO Box 783**
**Avon, CO 81620**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,122.25**

---

**3.154**

**Nonpriority creditor's name and mailing address**

**Kasey Irons**
**941 Blazzing Saddle Trail**
**Cotopaxi, CO 81223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,185.00**

---

**3.155**

**Nonpriority creditor's name and mailing address**

**Kathy Nelson**
**335 Tate Trce**
**Canon City, CO 81212**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,469.00**

---

**3.156**

**Nonpriority creditor's name and mailing address**

**Keith Dayton**
**2445 County Road 164**
**Kremmling, CO 80459**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,115.00**

---

**3.157**

**Nonpriority creditor's name and mailing address**

**Kellog Contracting**
**30095 Private Road 43**
**Kiowa, CO 80117**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,690.00**

---

**3.158**

**Nonpriority creditor's name and mailing address**

**Ken and Becky Colgate**
**3570 Colorado 69**
**Cotopaxi, CO 81223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Depoist**

Is the claim subject to offset? ■ No  ☐ Yes

**$460.00**

---

**3.159**

**Nonpriority creditor's name and mailing address**

**Ken Bailey**
**1410 Dustry Drive**
**Colorado Springs, CO 80905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,650.95**

---

| Debtor | GWD Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.160** | Nonpriority creditor's name and mailing address
Ken Stolba
807 South Gunnison Avenue
Buena Vista, CO 81211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$937.00**

---

**3.161** | Nonpriority creditor's name and mailing address
Kerstin Stock
1135 F Street
Salida, CO 81201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,405.00**

---

**3.162** | Nonpriority creditor's name and mailing address
Kevin Krabbe
10769 Sawatch Range Road
Salida, CO 81201

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

**3.163** | Nonpriority creditor's name and mailing address
Kinsman Construction
17700 South Golden Road 200
Golden, CO 80401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$6,135.00**

---

**3.164** | Nonpriority creditor's name and mailing address
Knies, Helland and McPherson law
1122 North El Paso Street
Colorado Springs, CO 80903

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$11,853.79**

---

**3.165** | Nonpriority creditor's name and mailing address
Kurt Miller
7455 Walker Road
Colorado Springs, CO 80908

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,029.00**

---

**3.166** | Nonpriority creditor's name and mailing address
Kurt Miller
16850 CR 363
Buena Vista, CO 81211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$940.00**

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.167**

**Nonpriority creditor's name and mailing address**
**Lakeside Auto**
**810 Brianna Point**
**Colorado Springs, CO 80905**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$2,500.00**

---

**3.168**

**Nonpriority creditor's name and mailing address**
**Larry Kachadourian**
**6322 CR 178**
**Salida, CO 81201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.169**

**Nonpriority creditor's name and mailing address**
**Laura Johnson**
**1819 Pinyon Jay Drive**
**Colorado Springs, CO 80951**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$3,202.00**

---

**3.170**

**Nonpriority creditor's name and mailing address**
**Leo Marchase**
**1505 Carraway Court**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$3,823.50**

---

**3.171**

**Nonpriority creditor's name and mailing address**
**Lester Younger**
**5919 Thurber Drive**
**Colorado Springs, CO 80924**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$3,645.00**

---

**3.172**

**Nonpriority creditor's name and mailing address**
**Lewis Sundquist**
**187 Rasor Drive**
**Keystone, CO 80435**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposits__

Is the claim subject to offset? ■ No ☐ Yes

**$4,946.00**

---

**3.173**

**Nonpriority creditor's name and mailing address**
**Lisa Parrish**
**16165 Gold Creek Drive**
**Monument, CO 80132**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$2,295.00**

---

| Debtor | GWD Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.174** | Nonpriority creditor's name and mailing address
**Lucas Bare**
1303 G Street
Salida, CO 81201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address
**Lucas Karhoff**
18940 County Road 162
Nathrop, CO 81236

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$12,211.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address
**Mark Alamo**
11805 West Range View Drive
Calhan, CO 80808

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address
**Mark Gordon**
3480 Birnawood Drive
Colorado Springs, CO 80920

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,830.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address
**Mark Jarvis**
13307 County Road 45
Coaldale, CO 81222

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$4,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address
**Martin Door**
P.O. Box 27437
Salt Lake City, UT 84127

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$204,396.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.180** | Nonpriority creditor's name and mailing address
**Mary Wood**
2309 Winstead View
Colorado Springs, CO 80920

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **GWD Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$39,500.00** |

**Mel-Ro Construction**
**414 Auburn Dr.**
**Colorado Springs, CO 80909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.182 | **Nonpriority creditor's name and mailing address** | **$9,390.50** |

**Melinda Hunter**
**510 Bearing Tree Road**
**Breckenridge, CO 80424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** | **$550.00** |

**Michelle Johnson**
**651 Old Kathleen Trail**
**Guffey, CO 80820**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.184 | **Nonpriority creditor's name and mailing address** | **$10,000.00** |

**Middle Fork RV Park LLC**
**255 US Highway 285**
**Fairplay, CO 80440**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.185 | **Nonpriority creditor's name and mailing address** | **$175.00** |

**Mike Dodson**
**5740 Tomah Drive**
**Colorado Springs, CO 80918**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.186 | **Nonpriority creditor's name and mailing address** | **$294.02** |

**Mike Krause**
**545 Silver Spring Circle**
**Colorado Springs, CO 80919**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | **$3,650.00** |

**Mike McCave**
**8955 Palamino Ridge View**
**Colorado Springs, CO 80931**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.10**

Mike Schultz
36625 County Road 46 PP
Villa Grove, CO 81155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer deposit__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00**

Mike's Garage
249 F Street
Salida, CO 81201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$265.00**

Mountain Fox Garage
644 Elkton Drive
Colorado Springs, CO 80907

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer deposit__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,500.00**

Mountain PRime Management
PO Box 154
Frisco, CO 80443

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,360.00**

Murphy's Building and Remodeling
4975 Neal Ranch Road
Colorado Springs, CO 80906

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,883.00**

Murphy's Custom Home
13710 Struthers Road 105B
Colorado Springs, CO 80921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,366.50**

Nancy Kirkland
31015 West Ridge
Buena Vista, CO 81211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer Deposit__

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.195**

**Nonpriority creditor's name and mailing address**
**Natalie Crow**
**16 May Street**
**Colorado Springs, CO 80906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.196**

**Nonpriority creditor's name and mailing address**
**NationServe**
**1847 South Murray Boulevard**
**Colorado Springs, CO 80916**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,342.42**

---

**3.197**

**Nonpriority creditor's name and mailing address**
**Neu Designs**
**PO Box 2880**
**Frisco, CO 80443**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposits__

Is the claim subject to offset? ■ No ☐ Yes

**$6,855.50**

---

**3.198**

**Nonpriority creditor's name and mailing address**
**Nick Lombardi**
**9081 Range Lane**
**Salida, CO 81201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$3,776.00**

---

**3.199**

**Nonpriority creditor's name and mailing address**
**Northside BV**
**717 Snow Street**
**Chattanooga, TN 37405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Depoist__

Is the claim subject to offset? ■ No ☐ Yes

**$14,816.00**

---

**3.200**

**Nonpriority creditor's name and mailing address**
**Norwood Development**
**111 South Tejon Street**
**Colorado Springs, CO 80903**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,650.00**

---

**3.201**

**Nonpriority creditor's name and mailing address**
**Overhead Roofing of CO Springs**
**3385 Busch Avenue 5**
**Colorado Springs, CO 80904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Customer Deposit__

Is the claim subject to offset? ■ No ☐ Yes

**$1,375.00**

---

| Debtor | GWD Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.202** | Nonpriority creditor's name and mailing address
**Paradise Villas**
**1720 Jet Stream Drive 200**
**Colorado Springs, CO 80921**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,193.58**

---

**3.203** | Nonpriority creditor's name and mailing address
**Pat Gammon**
**3860 Orchard Drive**
**Colorado Springs, CO 80920**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$285.00**

---

**3.204** | Nonpriority creditor's name and mailing address
**Patterson Custom Homes**
**411 Sunbird Cliffs Lane**
**Colorado Springs, CO 80919**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.205** | Nonpriority creditor's name and mailing address
**Paul Davis Restoration**
**PO Box 4312**
**Avon, CO 81620**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$6,973.00**

---

**3.206** | Nonpriority creditor's name and mailing address
**Paul Inge**
**8315 County Road 144**
**Salida, CO 81201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$8,700.50**

---

**3.207** | Nonpriority creditor's name and mailing address
**Paul Jordan**
**2122 North Circle Drive**
**Colorado Springs, CO 80909**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,749.00**

---

**3.208** | Nonpriority creditor's name and mailing address
**Pete Cordova**
**7350 Martha's Lane**
**Salida, CO 81201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.209**

Nonpriority creditor's name and mailing address
**Pete Sprouse**
**3730 Saints Court**
**Colorado Springs, CO 80904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,378.00**

---

**3.210**

Nonpriority creditor's name and mailing address
**Peter Hope**
**4750 Chaparral Road**
**Colorado Springs, CO 80917**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,266.50**

---

**3.211**

Nonpriority creditor's name and mailing address
**Peter Karl**
**13307 CR 261A**
**Nathrop, CO 81236**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,980.00**

---

**3.212**

Nonpriority creditor's name and mailing address
**PG Arnold**
**3109 28th Street**
**Boulder, CO 80301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Depoist**

Is the claim subject to offset? ■ No ☐ Yes

**$2,055.00**

---

**3.213**

Nonpriority creditor's name and mailing address
**Phyllis Ruder**
**PO Box 335**
**Minturn, CO 81645**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,495.00**

---

**3.214**

Nonpriority creditor's name and mailing address
**Pinecrest**
**CO of Briffs Blessing**
**3734 E. La Salle**
**Colorado Springs, CO 80909**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,100.00**

---

**3.215**

Nonpriority creditor's name and mailing address
**Poles Inc.**
**336 Clarksley Road**
**Manitou Springs, CO 80829**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,115.00**

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Production Points**
**11675 Ridgeline Drive**
**Colorado Springs, CO 80921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $794.33 |
|---|---|---|---|

**Progressive Insurance**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,860.00 |
|---|---|---|---|

**Progressive Property Group**
**431 West Bijou Street**
**Colorado Springs, CO 80905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,755.00 |
|---|---|---|---|

**Randsberger Inc.**
**PO Box 2123**
**Frisco, CO 80443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Randy Harrell**
**7250 Horseshoe Road**
**Colorado Springs, CO 80923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.10 |
|---|---|---|---|

**Randy Schulz**
**4467 McGrew Circle**
**Colorado Springs, CO 80911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,360.00 |
|---|---|---|---|

**Rangeline Homes, Inc.**
**279965 Meadow Drive**
**Evergreen, CO 80439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | GWD Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$757.50**

**Red Beards Lawrence Lawncare Plus, LLC**
**880 Beacon Lite Road 32**
**Monument, CO 80132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,092.13**

**Reliant Construction**
**957 East Filmore Street**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$527.00**

**Rich Eisenring**
**1812 Four Seasons Blvd.**
**Leadville, CO 80461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$458.00**

**Richard Philippi**
**19270 Glen Hollow Circle**
**Monument, CO 80132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,321.00**

**Rick Hinds**
**11285 Hodgen Road**
**Colorado Springs, CO 80106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,428.00**

**River Valley Builders**
**PO Box 1206**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00**

**Rob Whalen**
**209 Teller Street**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.230** Nonpriority creditor's name and mailing address
**Robert Haycock**
**195 Caywood Court**
**New Castle, CO 81647**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.231** Nonpriority creditor's name and mailing address
**Robertson's Landscaping**
**1050 East Cheyenne Road**
**Colorado Springs, CO 80905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,612.50**

---

**3.232** Nonpriority creditor's name and mailing address
**Rocio Mendoza**
**828 West 24th Street**
**Rifle, CO 81650**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$5,300.00**

---

**3.233** Nonpriority creditor's name and mailing address
**Ron Hummel**
**11600 Las Colinas Drive**
**Salida, CO 81201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$252.00**

---

**3.234** Nonpriority creditor's name and mailing address
**Ron Ilgen**
**21 Spinner Place**
**Silverthorne, CO 80498**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$727.35**

---

**3.235** Nonpriority creditor's name and mailing address
**Ron Leikam**
**29315 County Road 358**
**Buena Vista, CO 81211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$273.07**

---

**3.236** Nonpriority creditor's name and mailing address
**Ruben Mendez**
**2634 Inspiration Drive**
**Colorado Springs, CO 80917**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,775.00**

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|

**3.237**

Nonpriority creditor's name and mailing address
**RW Window Tint**
**914 Motor City Drive**
**Colorado Springs, CO 80905**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.238**

Nonpriority creditor's name and mailing address
**Ryan Blake**
**10862 Cottage Lane**
**Loretto, MN 55357**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,815.00**

---

**3.239**

Nonpriority creditor's name and mailing address
**Ryan Tate**
**122 High Meadows Terrace**
**Florence, CO 81226**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$293.69**

---

**3.240**

Nonpriority creditor's name and mailing address
**S&T Construction**
**PO Box 1075**
**Buena Vista, CO 81211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

**$5,597.50**

---

**3.241**

Nonpriority creditor's name and mailing address
**Schmidt Construction Co.**
**2635 Delta Drive**
**Colorado Springs, CO 80910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$9,815.00**

---

**3.242**

Nonpriority creditor's name and mailing address
**SCIB LLC**
**115 Boomerang Road 5201B**
**Aspen, CO 81611**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$9,671.96**

---

**3.243**

Nonpriority creditor's name and mailing address
**Scott and Debbie Powers**
**16600 Kiowa Drive**
**Salida, CO 81201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$379.07**

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.244**

**Nonpriority creditor's name and mailing address**
**Scott Boss**
**4625 Bradford Heights**
**Colorado Springs, CO 80906**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,662.50**

---

**3.245**

**Nonpriority creditor's name and mailing address**
**Scott Mattingly**
**7092 Autumn Creek Drive**
**Canon City, CO 81212**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,983.00**

---

**3.246**

**Nonpriority creditor's name and mailing address**
**Scott Young**
**982 CR 245**
**New Castle, CO 81647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,500.00**

---

**3.247**

**Nonpriority creditor's name and mailing address**
**Sean Doanhue**
**3650 Moonrise Court**
**Colorado Springs, CO 80904**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.248**

**Nonpriority creditor's name and mailing address**
**Sean Glackin**
**214 James Street**
**Buena Vista, CO 81211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,450.00**

---

**3.249**

**Nonpriority creditor's name and mailing address**
**SES**
**3467 Rider Trail South**
**Earth City, MO 63045**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,304.91**

---

**3.250**

**Nonpriority creditor's name and mailing address**
**Shane Smith**
**2995 County Road 311**
**New Castle, CO 81647**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,308.50**

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.251** | Nonpriority creditor's name and mailing address
**Shantel Eggleston**
**2000 County Road 6**
**Coaldale, CO 81222**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,176.00**

---

**3.252** | Nonpriority creditor's name and mailing address
**Shirley Dominick**
**7555 County Road 156**
**Salida, CO 81201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$557.60**

---

**3.253** | Nonpriority creditor's name and mailing address
**Signature Homes**
**6380 Corporate Drive 230**
**Colorado Springs, CO 80919**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$987.00**

---

**3.254** | Nonpriority creditor's name and mailing address
**Skylink**
**1180-D East Francis Street**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,758.20**

---

**3.255** | Nonpriority creditor's name and mailing address
**Solid Rock Custom Homes**
**924 Elkton Drive**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,036.55**

---

**3.256** | Nonpriority creditor's name and mailing address
**Southwest Automated Security**
**Altus Receivable Management**
**2121 Airline Drive, Suite 520**
**Metairie, LA 70001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$45,449.05**

---

**3.257** | Nonpriority creditor's name and mailing address
**Southwest Chase Visa**
**P.O. Box 15123**
**Wilmington, DE 19850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,949.47**

---

| Debtor | GWD Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.258** | Nonpriority creditor's name and mailing address
**Stan and Janice Summers**
**3760 Cottage Drive**
**Colorado Springs, CO 80920**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,660.00**

---

**3.259** | Nonpriority creditor's name and mailing address
**Star Ranch HOA**
**4325 North Nevada Unit 110**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$10,803.87**

---

**3.260** | Nonpriority creditor's name and mailing address
**Stella McCune**
**4021 Wakely Drive**
**Colorado Springs, CO 80909**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,580.00**

---

**3.261** | Nonpriority creditor's name and mailing address
**Steve Herringa**
**6925 Forestgate Drive**
**Colorado Springs, CO 80908**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.262** | Nonpriority creditor's name and mailing address
**Steve Thibodeaux**
**450 Cole Creek Road**
**Carbondale, CO 81623**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$2,654.00**

---

**3.263** | Nonpriority creditor's name and mailing address
**Steven Parker**
**14205 Westchester Drive**
**Colorado Springs, CO 80921**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$1,449.00**

---

**3.264** | Nonpriority creditor's name and mailing address
**Stratton Pines**
**CO Dorman Management**
**2760 N. Academy Blvd. 201**
**Colorado Springs, CO 80917**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No ☐ Yes

**$3,049.30**

---

Debtor **GWD Inc.**
‎ ‎ ‎ ‎ Name

Case number *(if known)* _____

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,931.00 |
|---|---|---|---|

**Sun Peak Builders**
**167 Moonlight Way**
**Moffat, CO 81143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,425.00 |
|---|---|---|---|

**Sun Water Spa**
**514 El Paso Blvd.**
**Manitou Springs, CO 80829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,795.17 |
|---|---|---|---|

**Susie Smith**
**920 Rockafellow Avenue**
**Canon City, CO 81212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,400.00 |
|---|---|---|---|

**Tally Ho Construction**
**111 East 3rd Street**
**Rifle, CO 81650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $285.00 |
|---|---|---|---|

**Tami Kinsley**
**100 Ohler Court**
**Jefferson, CO 80456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,497.50 |
|---|---|---|---|

**Terralink Structure**
**PO Box 1242**
**Carbondale, CO 81623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $408.00 |
|---|---|---|---|

**Thomas Covert**
**12398 County Road 261**
**Nathrop, CO 81236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | GWD Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.272** | Nonpriority creditor's name and mailing address
**Tim Braun**
15 Bucksin Court
Carbondale, CO 81623

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,394.00**

---

**3.273** | Nonpriority creditor's name and mailing address
**Tim Malouf**
13121 Northridge Road
Weston, CO 81091

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,105.00**

---

**3.274** | Nonpriority creditor's name and mailing address
**Tom Bjornson**
PO Box 3882
Vail, CO 81658

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,616.00**

---

**3.275** | Nonpriority creditor's name and mailing address
**True Focus Fabrication**
PO Box 76120
Colorado Springs, CO 80907

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,350.00**

---

**3.276** | Nonpriority creditor's name and mailing address
**Ty Amendt**
20800 CR 129
Simla, CO 80835

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ☑ No  ☐ Yes

**$13,000.00**

---

**3.277** | Nonpriority creditor's name and mailing address
**UC Health**
P.O. Box 732031
Dallas, TX 75373-2031

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$815.84**

---

**3.278** | Nonpriority creditor's name and mailing address
**Unifirst Corporation**
P.O. Box 650481
Dallas, TX 75265-0448

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,242.28**

---

| Debtor | GWD Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.279** | **Nonpriority creditor's name and mailing address**

**United Chase Visa**
**PO Box 6294**
**Carol Stream, IL 60197-6294**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,181.07**

---

**3.280** | **Nonpriority creditor's name and mailing address**

**Update Printing**
**2515 Laramie Drive, Suite 180**
**Colorado Springs, CO 80910**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$81.15**

---

**3.281** | **Nonpriority creditor's name and mailing address**

**V3 Custom Homes**
**30499 Stampede Run**
**Buena Vista, CO 81211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,037.60**

---

**3.282** | **Nonpriority creditor's name and mailing address**

**Vectra Bank Colorado**
**P.O. Box 25786**
**Salt Lake City, UT 84125**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,645.10**

---

**3.283** | **Nonpriority creditor's name and mailing address**

**Vince Stoldt**
**230 Wendy Drive**
**Cotopaxi, CO 81223**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$750.00**

---

**3.284** | **Nonpriority creditor's name and mailing address**

**Wade Crow**
**1530 Woodrose Court**
**Colorado Springs, CO 80921**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,875.21**

---

**3.285** | **Nonpriority creditor's name and mailing address**

**Walt Liams**
**1220 I St.**
**Salida, CO 81201**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset? ■ No  ☐ Yes

**$240.00**

---

Debtor **GWD Inc.**
_____   Case number (if known) _____
Name

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |

**Walter Jenkins**
**230 E Stirrup Trail**
**Monument, CO 80132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,218.00 |

**Wasatch Carriage House Doors**
**P.O. Box 1173**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |

**Wayne Paton**
**3112 Dent Ave.**
**Colorado Springs, CO 80904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.52 |

**Welch Equipment**
**5025 Nome Street**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $440.49 |

**Weldon Creek**
**14301 Mica Court**
**Salida, CO 81201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,333.33 |

**West Group**
**3870 Mark Dabling Blvd.**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $601.00 |

**Western Slope Management**
**331 Main Street**
**Frisco, CO 80443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **GWD Inc.**
_____
Name

Case number (if known) _____

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477.44 |
|---|---|---|---|

**Western Steel, Inc.**
**3350 Drennan Industrial Loop North**
**Colorado Springs, CO 80910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437.61 |
|---|---|---|---|

**Westmeadow Peaks Apt.**
**1472 Meadow Peak View**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,473.53 |
|---|---|---|---|

**Westwinds Wholesale Doors**
**US Impact, Inc.**
**P.O. Box 1746**
**Mandeville, LA 70470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,075.78 |
|---|---|---|---|

**Widefield Sch. District**
**4445 Foreign Trade Zone Blvd.**
**Colorado Springs, CO 80925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.10 |
|---|---|---|---|

**Yates Construction**
**402 Park Avenue**
**Basalt, CO 81621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer Deposit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Garfield & Hecht**<br>**625 East Hyman Avenue, Suite 201**<br>**Aspen, CO 81611** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 113,316.87 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,804,210.62 |

Debtor    **GWD Inc.**
_____
Name

Case number (*if known*)    _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 1,917,527.49

**Fill in this information to identify the case:**

Debtor name        **GWD Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for space in Colorado Springs** | |
| | State the term remaining | | **4336 North Nevada** |
| | List the contract number of any government contract | | **4336 North Nevada Avenue** **Colorado Springs, CO 80907** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for space in Salida - $1,170 per month** | |
| | State the term remaining | **1 year** | **Rains, LLC** |
| | List the contract number of any government contract | | **132 W. Rainbow Blvd.** **Salida, CO 81201** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical space in Glenwood Springs - $2,460 per month** | |
| | State the term remaining | **5 months** | **Tres, Ltd.** |
| | List the contract number of any government contract | | **1750 County Road 109** **Glenwood Springs, CO 81601** |

**Fill in this information to identify the case:**

Debtor name    **GWD Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Gary DeJong** | **4336 N. Nevada Ave.**<br>**Colorado Springs, CO 80907** | **Controlled Products** | ☐ D _____<br>■ E/F ___3.62___<br>☐ G _____ |
| 2.2 | **Gary DeJong** | **4336 N. Nevada Ave.**<br>**Colorado Springs, CO 80907** | **NationServe** | ☐ D _____<br>■ E/F ___3.196___<br>☐ G _____ |
| 2.3 | **Gary DeJong** | **4336 N. Nevada Ave.**<br>**Colorado Springs, CO 80907** | **Martin Door** | ☐ D _____<br>■ E/F ___3.179___<br>☐ G _____ |
| 2.4 | **Gary DeJong** | **4336 N. Nevada Ave.**<br>**Colorado Springs, CO 80907** | **Vectra Bank** | ■ D ___2.11___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Gary DeJong** | **4336 N. Nevada Ave.**<br>**Colorado Springs, CO 80907** | **Vectra Bank** | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |

Debtor   **GWD Inc.**                                          Case number *(if known)*

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

2.6   **Gary DeJong**   **4336 N. Nevada Ave.**            **Vectra Bank**          ■ D   **2.13**
                         **Colorado Springs, CO 80907**                             ☐ E/F _____
                                                                                    ☐ G _____

---

**Fill in this information to identify the case:**

Debtor name **GWD Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other **Business Operations** | **$3,373,989.77** |
   | **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other **Business Operations** | **$8,116,716.00** |
   | **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other **Business Operations** | **$4,964,604.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

Debtor **GWD Inc.**                                                          Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Service Titan**<br>**800 N Brand Blvd. #700**<br>**Glendale, CA 91203** | | **$17,972.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **Redirect Health**<br>**13430 N. Scottsdale Road, Suite 200**<br>**Scottsdale, AZ 85254** | | **$20,935.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **4336 North Nevada**<br>**4336 North Nevada Avenue**<br>**Colorado Springs, CO 80907** | | **$17,490.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.4. | **Linda Buckley** | | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Colorado Springs Gazette, LLC**<br>**30 East Pikes Peak Avenue**<br>**Suite 100**<br>**Colorado Springs, CO 80905** | | **$14,960.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Express Employment Services**<br>**P.O. Box 84427**<br>**Los Angeles, CA 90084-4277** | | **$14,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | **Firma** | | **$13,680.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. | **Auto-Owners Insurance**<br>**6101 Anacapri Blvd.**<br>**Lansing, MI 48917** | | **$11,806.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Insurance premiums**__ |

Debtor   **GWD Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | *Check all that apply* |
| 3.9. **Ryan Haisley** | | $11,548.56 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **ENT Federal Credit Union**<br>7250 Campus Drive<br>Colorado Springs, CO 80920 | | $11,344.61 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Midwest Family Mutual Insurance**<br>4401 Westown Parkway<br>Suite 306<br>West Des Moines, IA 50266 | | $10,155.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance premiums** |
| 3.12. **ENT Credit Union**<br>P.O. Box 16769<br>Colorado Springs, CO 80935 | | $9,761.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card** |
| 3.13. **NationServe**<br>1847 South Murray Boulevard<br>Colorado Springs, CO 80916 | | $9,591.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. **Cornell Iron Works**<br>1901 S Litchfield Road<br>Goodyear, AZ 85338 | | $8,946.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. **Tres Energy**<br>6702 Broadway<br>Galveston, TX 77550 | | $7,680.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |
| 3.16. **Elegant Custom Garage Door & Gate**<br>8768 Hellman Ave., Unit B<br>Rancho Cucamonga, CA 91730 | | $7,638.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

| Debtor | **GWD Inc.** | | Case number *(if known)* | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Gary DeJong**<br>**4336 N. Nevada Ave.**<br>**Colorado Springs, CO 80907**<br>**Sole Shareholder** | **Regular Salary** | **$110,346.47** | **Salary for work done** |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor   **GWD Inc.**                                                          Case number *(if known)*

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

---

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kutner Brinen Dickey Riley, P.C.**<br>**1660 Lincoln Street, Suite 1720**<br>**Denver, CO 80264** | | | **$15,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

Debtor   **GWD Inc.**

Case number *(if known)*

---

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

   - ☐ No Go to Part 10.
   - ■ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **AOD** | EIN: **27-2335287** |

   Has the plan been terminated?
   - ■ No
   - ☐ Yes

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **GWD Inc.**                                                                              Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Debtor   **GWD Inc.**                                                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Carolyn Wharton PC**<br>**3870 Mark Dabling Blvd.**<br>**Colorado Springs, CO 80907** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gary DeJong** | **4336 N. Nevada Ave.**<br>**Colorado Springs, CO 80907** | **Sole shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor  **GWD Inc.**                                                  Case number *(if known)*

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Gary DeJong**<br>**4336 N. Nevada Ave.**<br>**Colorado Springs, CO 80907** | **$110,346.47** | **Past Year** | **Salary** |
| Relationship to debtor<br>**Sole Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 14, 2023**

**/s/ Gary Dejong**                                           **Gary Dejong**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

# United States Bankruptcy Court
### District of Colorado

In re  **GWD Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gary DeJong**<br>**4336 N. Nevada Ave.**<br>**Colorado Springs, CO 80907** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 14, 2023**

Signature  **/s/ Gary Dejong**

**Gary Dejong**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Colorado

In re   **GWD Inc.**

_____
Debtor(s)

Case No. _____

Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **September 14, 2023**
_____

**/s/ Gary Dejong**
_____

**Gary Dejong/President**

Signer/Title